

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00174-CR

TIMOTHY EDWARD STRONG, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th District Court
Dallas County, Texas
Trial Court No. F-14-45651-R

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Vicki Tuck recorded the trial court proceedings in appellate cause number 06-16-00174-CR, styled *Timothy Edward Strong v. The State of Texas*, trial court cause number F-14-45651-R in the 265th Judicial District Court of Dallas County, Texas. The reporter's record was originally due in this matter October 15, 2016. That deadline was extended twice by this Court on Tuck's request, resulting in the most recent due date of December 16, 2016. The record has not been filed, Tuck has not filed a third request seeking an additional extension of the filing deadline, and Tuck has failed to respond to email correspondence from this Court inquiring about the status of the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order Tuck to file the reporter's record in cause number 06-16-00174-CR, styled *Timothy Edward Strong v. The State of Texas*, trial court cause number F-14-45651-R in the 265th Judicial District Court of Dallas County, Texas, to be received by this Court no later than Friday, January 13, 2017.

If the reporter's record is not received by January 13, we warn Tuck that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: December 29, 2016